FILED

05/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0369

_____

GORDON WILLIAMS, GALE MADLER,
TIMOTHY RUSSELL, JOYCE KELLEY, and
SAM BLAYLOCK,

      Plaintiffs and Appellants,

  v.

STILLWATER BOARD OF COUNTY
COMMISSIONERS,

      Defendants and Appellees.

_____

O R D E R

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2021